UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                                      Case No. 06-cr-85-01-PB

**Richard Villar**

### O R D E R

The defendant has moved to continue the February 6, 2007 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 6, 2007 to May 1, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The January 18, 2007 final pretrial conference is continued to April 19 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

January 18, 2007

cc:  Jeffrey Levin, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal